NICHOLAS F. REYES, #102114
LAW OFFICE OF NICHOLAS F. REYES
1107 "R" STREET
FRESNO, CALIFORNIA 93721
PHONE: (559) 486-4500
FAX:     (559) 486-4533

Attorney for Defendant
**FELIX VARGAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FELIX VARGAS, <br> Defendant. | CASE NO. 2:10-CR-00022-MCE <br><br> **STIPULATION AND ORDER** |

    Defendant, FELIX VARGAS, by and through counsel Nicholas F. Reyes, and the United States, by and through its attorney Assistant U.S. Attorney Michael D. Anderson, hereby stipulate and request that the Court continue the Status Conference in the above-captioned case from March 11, 2010 to April 29, 2010 at 9:00a.m. before the Honorable Judge Morrison C. England, Jr.

    At the initial appearance by counsel Nicholas F. Reyes on January 21, 2010 the court scheduled a Status Conference for March 4, 2010.  Counsel, Nicholas F. Reyes has been in jury trial in Fresno County Superior Court in the matter of People v. Pedro E. Lopez since February 11, 2010.  On March 3, 2010 counsel started another trial and is unavailable to appear for the Status Conference set for March 11, 2010.  In addition counsel for the parties anticipate a fast track resolution, however both counsel are awaiting a summary pre-plea probation report which was also delayed due to the temporary transfer of defendant to Nevada City Detention Facility.

    For these reasons, the parties stipulate and request that the Court exclude time within

1  which trial must commence under the Speedy Trial Act from the date of this stipulation,
2  March 9, 2010 through, and including April 29, 2010, for continuity of counsel under
3  18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4.  Counsel has discussed this
4  exclusion of time with Mr. Vargas who concurs with this request and exclusion of time under
5  the Speedy Trial Act.

                         Respectfully Submitted,

Dated: March 9, 2010          /s/ Nicholas F. Reyes
                                NICHOLAS F. REYES, ESQ.
                                Attorney for Defendant
                                FELIX VARGAS

                                BENJAMIN WAGNER
                                U.S. Attorney

Dated: March 9, 2010          /s/ Michael D. Anderson
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order. It is ordered that the previously set Status Conference is continued to April 29, 2010 at 9:00a.m. It is further ordered that time from the date of the parties' stipulation, March 1, 2010, until and including April 29, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defendant to retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in speedy trial.

**IT IS SO ORDERED.**

Dated: March 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE