**NICHOLAS F. REYES, #102114**
**LAW OFFICE OF NICHOLAS F. REYES**
**1107 "R" STREET**
**FRESNO, CALIFORNIA 93721**
**PHONE: (559) 486-4500**
**FAX:      (559) 486-4533**

Attorney for Defendant
**FELIX VARGAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.  2:10-CR-00022-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE HEARING** |
| v. ) | |
| ) | |
| FELIX VARGAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Defendant, FELIX VARGAS, by and through counsel Nicholas F. Reyes, and the United States, by and through its attorney Assistant U.S. Attorney Michael D. Anderson, hereby stipulate and request that the Court continue the Status Conference in the above-captioned case from April 29, 2010 to May 27, 2010 at 9:00a.m. before the Honorable Judge Morrison C. England, Jr.

      Counsel, Nicholas F. Reyes has been in trial in Kern County Superior Court in the matter of People v. Luis R. Andrade since April 5, 2010.  Trial is expected to proceed through May 14, 2010.  Counsel is unavailable to appear for the Status Conference set for April 29, 2010.  In addition counsel for the parties anticipate a fast track resolution.

      For these reasons, the parties stipulate and request that the Court exclude time within which trial must commence under the Speedy Trial Act from the date of this stipulation,

April 29, 2010 through, and including May 27, 2010, for continuity of counsel under 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4.  Counsel has discussed this exclusion of time with Mr. Vargas who concurs with this request and exclusion of time under the Speedy Trial Act.

                                  Respectfully Submitted,

Dated: April 28, 2010                /s/ Nicholas F. Reyes
                                  NICHOLAS F. REYES, ESQ.
                                  Attorney for Defendant
                                  FELIX VARGAS

                                  BENJAMIN WAGNER
                                  U.S. Attorney

Dated: April 28, 2010                /s/ Michael D. Anderson
                                  MICHAEL D. ANDERSON
                                  Assistant U.S. Attorney

## **ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set Status Conference is continued to May 27, 2010 at 9:00a.m.  It is further ordered that time from the date of the parties' stipulation, April 28, 2010, until and including May 27, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defendant to retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in speedy trial.

**IT IS SO ORDERED.**

Dated: April 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE